# Exhibit F



Investors Hub Newswire | Home | Log in

Join iHub today - **FREE!**



| Boards | Hot! | Tools | Streamer | Level 2 | Deals |

Get Quote 🔍

Search iHub 🔍

Opportunity is Everywhere if you know where to look. Get Started at E*TRADE.

      

**Home** > **Boards** > **US OTC** > **Homeland Security** > **Digital Ally Inc. (DGLY)**

### USPTO REJECTS ALL DIGITAL ALLY ORIGINAL PATENT CLAIMS

**Public Reply** | **Private Reply** | **Keep** | **Last Read** | **Post New Msg**          **Previous** | Next



**Captain_Chaos**

| | |
|---|---|
| Followed By | 0 |
| Posts | 333 |
| Boards Moderated | 0 |
| Alias Born | 10/05/12 |

**Captain_Chaos**

Saturday, 11/14/15
06:49:23 AM

**Re:** None

**Post #** 2364 of 2364  Go

USPTO REJECTS ALL DIGITAL ALLY ORIGINAL PATENT CLAIMS AS INVALID IN FINAL ACTION

Nov 13, 2015announcements
TASER International has received notice of final office action that the United States Patent and Trademark Office has rejected as invalid all of the originally granted claims of U.S. Patent 8,781,292 which has been assigned to Digital Ally, Inc. This USPTO office action is in response to an ex parte reexamination request filed by TASER, and a response to this action filed by Digital Ally with the USPTO.

"We are very pleased that the USPTO has issued a final office action rejecting as invalid all of the original claims of this patent. The amended or new claims that were allowed contain substantial limitations that move TASER products even further from these claims," TASER's General Counsel Doug Klint said.

We have built upon the old technology described in the Digital Ally patent with patent-pending technology called Axon Signal, which can automatically activate Axon cameras within range to help ensure that no vital footage goes unrecorded.

We here at TASER are always designing and testing new technologies that protect truth and

| **Digital Ally, Inc. (DGLY)** | | |
|---|---|---|
| 5.5514 ▲ 0.1714 (3.19%) | | |
| Volume: 64,133 @ 3:16:49 PM ET | | |

Discover Advanced Options Trading on E*TRADE Pro. Open an Account Today.

| **Bid** | **Ask** | **Day's Range** |
|---|---|---|
| 5.57 | 5.62 | 5.375 - 5.7382 |

| **DGLY Detailed Quote** | **Wiki** |
|---|---|





Woody Dorsey successfully predicted...

SENTIMENT TIMING   SUBSCRIBE

ihub Real-time Small Cap Pro CLICK HERE

protect life. Our TASER devices and Axon platform have revolutionized how law enforcement serve their communities. We look forward to continuing to transform the landscape of law enforcement technology.

https://www.taser.com/blog/posts/uspto-rejects-all-digital-ally-original-patent-claims

Discover Advanced Options Trading on E*TRADE Pro. Open an Account Today.

The Internet, though it has its obvious marvels, also has a lot of **MONSTERS!**

**RDAR** is saying **ENOUGH IS ENOUGH!**

Social media has not only opened the door to a growing cyber bullying epidemic, but it has also opened the door for predators to exploit and manipulate unsuspecting children all across the world from behind their keyboards.

With more than **70% of American teens** having regular, un-monitored, access to technology, the **market is EXTENSIVE!**

# (OTC:RDAR)

Those who learn about **RDAR** at these levels could soon be cashing in on some **HUGE PROFITS!**

Investors Hub has been paid $2,500 (Two Thousand Five Hundred Dollars) by Speak Easy Media to disseminate this advert.

Promote Your Company Here!

## Current Report Filing (8-k) "Edgar (US Regulatory)" - 11/13/2015 6:06:34 AM

Quarterly Report (10-q) "Edgar (US Regulatory)" - 11/12/2015 7:37:43 AM

Current Report Filing (8-k) "Edgar (US Regulatory)" - 11/12/2015 7:17:17 AM

Current Report Filing (8-k) "Edgar (US Regulatory)" - 11/5/2015 4:51:35 PM

Statement of Changes in Beneficial Ownership (4) "Edgar (US Regulatory)" - 11/3/2015 11:07:04 AM

Statement of Changes in Beneficial Ownership (4) "Edgar (US Regulatory)" - 11/3/2015 11:00:16 AM

Statement of Changes in Beneficial Ownership (4) "Edgar (US Regulatory)" - 11/3/2015 10:53:24 AM

Statement of Changes in Beneficial Ownership (4) "Edgar (US Regulatory)" - 11/3/2015 10:45:51 AM

Statement of Changes in Beneficial Ownership (4) "Edgar (US Regulatory)" - 11/3/2015 10:20:50 AM

Notice of Effectiveness (effect) "Edgar (US Regulatory)" - 9/16/2015 6:01:31 AM

Securities Registration Statement (simplified Form) (s-3/a) "Edgar (US Regulatory)" - 9/10/2015 9:01:49 AM

Bronstein, Gewirtz & Grossman, LLC Announces Investigation of Digital Ally, Inc. "PR Newswire (US)" - 9/3/2015 10:00:00 AM

Securities Registration Statement (simplified Form) (s-3) "Edgar (US Regulatory)" - 9/1/2015 9:01:44 AM

Current Report Filing (8-k) "Edgar (US Regulatory)" - 8/26/2015 2:46:42 PM

Quarterly Report (10-q) "Edgar (US Regulatory)" - 8/7/2015 9:19:41 AM

Current Report Filing (8-k) "Edgar (US Regulatory)" - 8/7/2015 8:16:35 AM

Current Report Filing (8-k) "Edgar (US Regulatory)" - 7/29/2015 9:01:31 AM

Small Company Offering and Sale of Securities Without Registration (d) "Edgar (US Regulatory)" - 7/28/2015 5:20:59 PM

Statement of Ownership (sc 13g) "Edgar (US Regulatory)" - 7/24/2015 7:52:18 AM

Current Report Filing (8-k) "Edgar (US Regulatory)" - 7/22/2015 5:27:51 PM

Prospectus Filed Pursuant to Rule 424(b)(5) (424b5) "Edgar (US Regulatory)" - 7/20/2015 5:31:42 PM

Current Report Filing (8-k) "Edgar (US Regulatory)" - 7/17/2015 12:36:30 PM

Maker of Police Body Cameras Is Acquired "Dow Jones News" - 6/28/2015 9:40:37 PM

Securities Registration: Employee Benefit Plan (s-8) "Edgar (US Regulatory)" - 6/22/2015 2:01:27 PM

DirectView and xG Technology Complete Successful Initial Tests of Body-Worn Camera Solution Integrated with xMax ........... "InvestorsHub NewsWire" - 6/17/2015 8:37:31 AM

Discover Advanced Options Trading on
E*TRADE Pro. Open an Account Today.

**Sponsored Links**

by Gravity

**Public Reply** | Private Reply | Keep | Last Read         Post New Msg                    **Previous** | Next

🎖 Follow Board                              Keyboard Shortcuts                              Report TOS Violation

© 2015 InvestorsHub.Com, Inc.

You are Guest on WEB3

**About**

Investor Relations

About Us

Terms of Service

Privacy Policy

Advertise With Us

Data Accreditations

Disclaimer

**Help**

FAQ

Site Map

Handbook

Q&A Forum

Contact Us

Tutorials

**Educational**

Educational Channel

Stock Market 101

Educational Videos

Investor Help Forum

Personal Finance Q&A

**More**

Corporate Solutions

iHub on Facebook

iHub on Twitter

iHub iPhone/iPad App

iHub Android App

iHub BlackBerry App

StockWiki

Auditorium

iHub NewsWire