## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DIGITAL ALLY, INC.<br><br>      Plaintiff,<br><br>v.<br><br>TASER INTERNATIONAL, INC.<br><br>      Defendant. | Case No. 2:16-cv-02032-CM-TJJ |

## CERTIFICATE OF SERVICE OF
## TASER INTERNATIONAL, INC.'S 26(a)(1) INITIAL DISCLOSURES

Pursuant to L.R. 26.3(c), I hereby certify that on the 26th day of April, 2016, a true and accurate copy of Defendant TASER International, Inc.'s 26(a)(1) Initial Disclosures were sent via e-mail to the Court and the following counsel of record:

 Paul Hart (paul.hart@eriseip.com)
 Adam Seitz (adam.seitz@eriseip.com)
 Eric Buresh (eric.buresh@eriseip.com
 Jason Mudd (Jason.mudd@eriseip.com)
 James F.B. Daniels (jdaniels@mcdowellrice.com

DATE: April 29, 2016

               **/s/  John D. Garretson**
               B. Trent Webb (KS Bar # 15965)
               bwebb@shb.com
               John D. Garretson (D. Kan. # 78465)
               jgarretson@shb.com
               Zach Chaffee-McClure (KS Bar # 23479)
               zmcclure@shb.com
               Lynn C. Herndon (D. Kan. # 78369)
               lherndon@shb.com
               Richard D. Eiszner (D. Kan. #78605)
               reiszner@shb.com
               **SHOOK, HARDY & BACON LLP**
               2555 Grand Blvd.
               Kansas City, MO  64108-2613
               Phone: 816-474-6550
               Fax: 816-421-5547

2

Pamela B. Petersen (admitted *pro hac vice*)
Arizona Bar No. 011512
**TASER International, Inc.**
17800 N. 85th Street
Scottsdale, AZ 85255-9603
Telephone: (623) 533-3875
Facsimile: (480) 905-2027
ppetersen@taser.com
Secondary: legal@taser.com

*Attorneys for TASER International, Inc.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1(g), 5.4.2(e) and 26.3(c).

Dated: April 29, 2016

/s/ *John D. Garretson*
John D. Garretson (D. Kan. # 78465)
jgarretson@shb.com

2