IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DIGITAL ALLY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TASER INTERNATIONAL, INC., )<br>)<br>Defendant. )<br>) | Case No. 2:16-cv-02032 |

**NOTICE OF APPEAL TO THE UNITED STATES**
**COURT OF APPEALS FOR THE TENTH CIRCUIT**

Notice is hereby given that Digital Ally, Inc., the plaintiff in the above action, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Final Judgment and from each and all of the hitherto interlocutory orders/judgments identified as follows:

1. Final Judgment Under Rule 54(b) [Doc. 120] entered herein on April 18, 2017.

2. Order Certifying Memorandum and Order [Doc. 118] entered April 14, 2017.

3. Memorandum and Order [Doc. 105] entered January 12, 2017.

True copies of such judgments/orders are attached to this Notice as **EXHIBITS A**, **B** and **C**, respectively.

The parties to such judgment and to such orders and their counsel are as follows:

Plaintiff:      Digital Ally, Inc.
Counsel:   James F.B. Daniels
                  Michael J. Gorman
                  McDowell, Rice, Smith & Buchanan
                  605 W. 47th Street, Suite 350
                  Kansas City, MO 64112

5766404_1

|  |  |
|---|---|
| Defendant: | Taser International, Inc. |
| Counsel: | John D. Garretson |
|  | Lynn C. Herndon |
|  | B. Trent Webb |
|  | Shook, Hardy & Bacon |
|  | 2555 Grand Boulevard |
|  | Kansas City, MO 64108 |

Respectfully submitted,

McDOWELL, RICE, SMITH & BUCHANAN

*/s/ James F.B. Daniels*
James F.B. Daniels, KS Fed #70468
Michael J. Gorman, KS Fed. # 70249
605 W. 47th Street, Suite 350
Kansas City, MO 64112
(816) 753-5400 telephone
(816) 753-9996 fax
jdaniels@mcdowellrice.com
mgorman@mcdowellrice.com

ATTORNEYS FOR PLAINTIFF
DIGITAL ALLY, INC.

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the above and foregoing was filed this 20th day of April, 2017 using the court's CM/ECF system and served upon all persons requesting electronic notice.

                       */s/ James F.B. Daniels*