# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DIGITAL ALLY, INC.<br><br>         Plaintiff,<br><br>v.<br><br>TASER INTERNATIONAL INC.<br><br>         Defendant. | Case No. 2:16-cv-02032-CM-TJJ |

**JOINT REPORT REGARDING THE ASSERTED PATENTS' IPR STATUS AND THE PARTIES' RESPECTIVE POSITIONS REGARDING STAY**

Pursuant to the Court's Memorandum and Order Granting Temporary Stay of this litigation (Dkt. No. 115), Plaintiff Digital Ally, Inc. ("Digital") and Defendant TASER International, Inc. ("TASER") hereby submit this Joint Report Regarding the Asserted Patents' IPR Status and the Parties' Respective Positions Regarding Stay.

**Status of IPR Petitions/Proceedings**

TASER filed four IPR petitions, challenging various claims from the two Patents-in-Suit. The following summarizes the current status of each:

1. TASER filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,781,292 ("the '292 Patent") on December 1, 2016 (IPR2017-00375). The Patent Trial and Appeal Board of the U.S. Patent Office ("PTAB") instituted review of Claims 1, 3, 8, 18, 20-21, 24, 26-27, 29-31, 36, 38-39, 42, 43, 45-46, 48, 50-51, 54-55, and 57-58 on June 6, 2017. Asserted Claims 32, 47, and 59 are not under review in this proceeding, which will reach a final decision on the merits by June 6, 2018.

2. TASER filed a second Petition for *Inter Partes* Review of the '292 Patent on December 1, 2016 (IPR2017-00376). The PTAB declined to institute *inter partes* review on June 6, 2017.

1

3. TASER filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,253,452 ("the '452 Patent") on December 20, 2016 (IPR2017-00515). The PTAB declined to institute *inter partes* review on July 6, 2017. On August 1, 2017, TASER filed a Request for Rehearing, asking the PTAB to reconsider its decision, which remains pending.

4. TASER filed a second Petition for *Inter Partes* Review of the '452 Patent on January 25, 2017 (IPR2017-00775). The PTAB declined to institute *inter partes* review on August 3, 2017. This IPR related to Claim 1 of the '452 Patent and its dependent claims, which Digital has withdrawn from the litigation.

### Additional Relevant Developments

Today, Digital has filed a motion to dismiss, with prejudice, Count I of the Second Amended Complaint, which contains Digital's allegations of infringement relating to the '292 Patent. Digital has also provided TASER a covenant not to sue for the '292 Patent and has moved to dismiss TASER's '292 Patent counterclaim. TASER has indicated that it will oppose these motions.

### The Parties' Positions Regarding Stay

Over the last few weeks, the parties have exchanged numerous emails and conducted three separate teleconferences regarding the '292 Patent dismissal and its impact on stay. At this stage of the process, however, the parties continue to disagree on whether the litigation should remain stayed, as TASER contends, or should resume for the '452 Patent, as Digital contends. The parties believe a teleconference with the Court would be the most efficient means of explaining the remaining issues with the Court and determining the Court's preference for next steps. The parties do believe formal briefing will be necessary, but the parties would appreciate the Court's input on timing and logistics of such briefing.

...

DATE: August 31, 2017

Respectfully submitted,
ERISE IP, P.A.

/s/ *Adam P. Seitz*
Adam P. Seitz, KS Bar #21059
Eric A. Buresh, KS Bar #19895
Jason R. Mudd, KS Bar #25749
Erise IP, P.A.
6201 College Boulevard, Suite 300
Overland Park, Kansas 66211
Telephone: (913) 777-5600
adam.seitz@eriseip.com
eric.buresh@eriseip.com
jason.mudd@eriseip.com

Paul R. Hart, admitted *Pro Hac Vice*
Erise IP, P.A.
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
Telephone: (913) 777-5600
paul.hart@eriseip.com

*Counsel for Plaintiff Digital Ally, Inc*.

/s/ *Lynn C. Herndon*

B. Trent Webb
John D. Garretson
Zach Chaffee-McClure
Lynn C. Herndon
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Phone: (816) 474-6550
Fax: (816) 421-5547
*bwebb@shb.com*
*jgarretson@shb.com*
*zmcclure@shb.com*
*lherndon@shb.com*

Pamela B. Petersen
Axon Enterprise, Inc.
17800 North 85th Street
Scottsdale, Arizona 85255-9603
Phone: (623) 326-6016

3

        Fax: (480) 905-2027
        *ppetersen@axon.com*

        *Counsel for Defendant TASER International, Inc.*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on the CM/ECF registrants.

/s/  *Adam P. Seitz*
Adam P. Seitz, KS Bar #21059
Erise IP, P.A.
6201 College Boulevard, Suite 300
Overland Park, Kansas 66211
Telephone: (913) 777-5600
adam.seitz@eriseip.com

*Counsel for Plaintiff Digital Ally, Inc.*