UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DIGITAL ALLY, INC., <br>     *Plaintiff,* <br><br> v. <br><br> TASER INTERNATIONAL, INC., <br>     *Defendant.* | ) <br> ) <br> )    CASE NO. 16-cv-2032-CM-TJJ <br> ) <br> ) <br> ) <br> ) <br> ) |

**AMENDED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

In light of Plaintiff Digital Ally, Inc. ("Digital") having dropped its '292 Patent infringement allegations, and based on other agreements relating to claim construction between the parties, the number of terms that will be in dispute for next week's *Markman* hearing have significantly narrowed. As such, Digital and Defendant TASER International, Inc. ("TASER") hereby submit this Amended Joint Claim Construction Statement and Prehearing Statement to help the Court easily identify the terms that remain in dispute.

Pursuant to Governing Patent Rule 2-3(a-b), attached as Exhibit B to the Parties' Rule 26(f) Planning Report served on April 26, 2016, Amended Exhibit A to this Motion summarizes the construction of those terms on which the parties agree as well as each party's proposed construction of each disputed term and corresponding intrinsic and extrinsic support for the same. Amended Exhibit A reflects the current state of the parties' disputes, which now focus on three terms/phrases.

DATE:  March 2, 2018              Respectfully submitted,

                                            /s/ *Adam P. Seitz*
                                            Adam P. Seitz, KS Bar #21059
                                            Eric A. Buresh, KS Bar #19895
                                            Jason R. Mudd, KS Bar #25749
                                            Michelle L. Marriott, KS Bar #21784

Erise IP, P.A.
7015 College Boulevard, Suite 700
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601
adam.seitz@eriseip.com
eric.buresh@eriseip.com
jason.mudd@eriseip.com
michelle.marriott@eriseip.com

Paul R. Hart, admitted *Pro Hac Vice*
Erise IP, P.A.
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
Telephone: (913) 777-5600
paul.hart@eriseip.com

James F.B. Daniels, KS Fed. #70468
Michael J. Gorman
McDOWELL, RICE, SMITH & BUCHANAN
605 W. 47th Street, Suite 350
Kansas City, MO 64112
Telephone: (816) 753-5400
Facsimile: (816) 753-9996
jdaniels@mcdowellrice.com
mgorman@mcdeowellrice.com

*COUNSEL FOR DIGITAL ALLY, INC.*

/s/ *John D. Garretson*
B. Trent Webb (KS Bar #15965)
John D. Garretson (D. Kan. # 78465)
Lynn C. Herndon (D. Kan. # 78369)
Zach Chaffee-McClure (KS Bar # 23479)
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone: 816-474-6550
Fax: 816-421-5547
bwebb@shb.com
jgarretson@shb.com
lherndon@shb.com
zmcclure@shb.com

Pamela B. Petersen (admitted *pro hac vice*)
Arizona Bar No. 011512
Axon Enterprise, Inc.

2

17800 N. 85th Street
Scottsdale, AZ 85255-9603
Phone: (623) 326-6016
Fax: (480) 905-2027
ppetersen@axon.com
Secondary: legal@axon.com

*COUNSEL FOR AXON ENTERPRISE, INC.*
*(formerly TASER INTERNATIONAL, INC.)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on the CM/ECF registrants.

/s/ *Adam P. Seitz*
Adam P. Seitz, KS Bar #21059