CLERK'S COURTROOM MINUTE SHEET – **CIVIL**

**DIGITAL ALLY, INC.,**

        Plaintiff,

**v.**          Case No: **16-2032-CM-TJJ**

**TASER INTERNATIONAL, INC.,**

        Defendant.

Attorneys for Plaintiff: **Paul Hart; Adam Seitz**
Attorneys for Defendant: **John Garretson; Lynn Herndon; Pam Peterson**

| JUDGE: | **Hon. Carlos Murguia** | DATE: | **3/7/2018** |
|---|---|---|---|
| CLERK: | **Jeff Hokanson** | TAPE/REPORTER: | **Nancy Wiss** |

## MARKMAN HEARING

Plaintiff appears by Stan Ross (*CEO of Digital Ally*) and with counsel Paul Hart and Adam Seitz.

Defendant appears by counsel John Garretson, Lynn Herndon, and Pam Peterson.

Parties present argument and rest.

Court takes matter under advisement and will issue its ruling by written memorandum and order.

Court adjourns.