IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DIGITAL ALLY, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>TASER INTERNATIONAL, INC., a Delaware corporation.<br><br>Defendant. | Case No. 2:16-cv-02032-CM<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF DIGITAL ALLY, INC.'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Digital Ally, Inc. ("Digital Ally") moves the Court for summary judgment on part of the Third Defense (invalidity) and the entire Eighth Defense and Second Counterclaim (inequitable conduct) of Defendant Taser International, Inc.'s ("TASER") Amended Answer and Counterclaims to Digital Ally's Second Amended Complaint (Dkt. 58). In support of this motion, Plaintiff directs the Court to its Memorandum in Support of Summary Judgment, filed concurrently. For the reasons stated in Plaintiff's Memorandum in Support, Plaintiff requests that the Court enter judgment as a matter of law that:

A. U.S. Patent No. 9,253,452 ("the '452 Patent") is not invalid in view of the ICOP 20/20-W System as modified in view of the prior art publication WIPO Publication No. WO 2014/000161 to Xu ("Xu").

B. Digital Ally did not commit inequitable conduct before the United States Patent and Trademark Office in securing the '452 Patent by failing to disclose the ICOP 20/20-W System, including any patents and publications describing the same.

Based on these findings, Plaintiff is entitled to judgment as a matter of law on TASER's Third Defense, Eighth Defense, and Second Counterclaim.

DATE: January 31, 2019     Respectfully submitted,
ERISE IP, P.A.

/s/  *Adam P. Seitz*
Adam P. Seitz, KS Bar #21059
Eric A. Buresh, KS Bar #19895
Jason R. Mudd, KS Bar #25749
Clifford T. Brazen KS Bar #27408
Michelle L. Marriott KS Bar #21784
Erise IP, P.A.
6201 College Boulevard, Suite 300
Overland Park, Kansas 66211
Telephone: (913) 777-5600
adam.seitz@eriseip.com
eric.buresh@eriseip.com
jason.mudd@eriseip.com
cliff.brazen@eriseip.com
michelle.marriott@eriseip.com

Paul R. Hart, admitted *pro hac vice*
CO Bar No 45697
Erise IP, P.A.
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
Telephone: (913) 777-5600
paul.hart@eriseip.com

James F.B. Daniels, KS Fed. #70468
McDOWELL, RICE, SMITH & BUCHANAN
605 W. 47th Street, Suite 350
Kansas City, MO 64112
(816) 753-5400 telephone
(816) 753-9996 fax
jdaniels@mcdowellrice.com

*Counsel for Plaintiff Digital Ally, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of January 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all attorneys of record linked to this case.

      */s/ Adam P. Seitz*
      Adam P. Seitz

      *Counsel for Plaintiff Digital Ally, Inc.*