# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DIGITAL ALLY, INC.<br><br>                    Plaintiff,<br><br>v.<br><br>TASER INTERNATIONAL, INC.<br><br>                    Defendant. | Case No. 2:16-cv-02032 |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT, NO WILLFUL INFRINGEMENT, AND NO ENTITLEMENT TO CONVOYED SALES

Pursuant to Federal Rule of Civil Procedure 56(a) and Kansas Local Rule 56.1, Defendant TASER International, Inc. ("TASER") respectfully moves the Court for an order of summary judgment against the above-named Plaintiff.

TASER respectfully moves the Court for an Order granting: (1) summary judgment of no infringement of Claims 10, 14, 15, 16, and 20 of the '452 Patent; (2) summary judgment of no willful infringement; and (3) summary judgment of no entitlement to alleged convoyed sales damages. This Motion should be granted based upon the facts and argument as fully set forth in the accompanying Memorandum in Support of this Motion and Exhibits, filed contemporaneously herewith.

| | |
|---|---|
| Dated: January 31, 2018 | **SHOOK, HARDY & BACON LLP**<br><br>*/s/ John D. Garretson*<br>B. Trent Webb (KS Bar # 15965)<br>bwebb@shb.com<br>John D. Garretson (D. Kan. # 78465)<br>jgarretson@shb.com<br>Lauren E. Douville (*Admitted Pro Hac Vice*) |

ldouville@shb.com
Daniel Staren (*Admitted Pro Hac Vice*)
dstaren@shb.com
Thomas M. Patton (*Admitted Pro Hac Vice*)
tpatton@shb.com
Lydia Raw (*Admitted Pro Hac Vice*)
lraw@shb.com
2555 Grand Blvd.
Kansas City, MO  64108-2613
Phone: 816-474-6550
Fax: 816-421-5547

Pamela B. Petersen (*Admitted Pro Hac Vice*)
Arizona Bar No. 011512
AXON ENTERPRISE, INC.
17800 N. 85th Street
Scottsdale, AZ 85255-9603
Telephone: (623) 326-6016
Facsimile: (480) 905-2027
ppetersen@axon.com
Secondary: legal@axon.com

*Counsel for Defendant TASER International, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January 2019, a true and accurate copy of the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF System, which will send a notice of filing to all attorneys of record.

/s/ *John D. Garretson*
John D. Garretson (D. Kan. #78465)

9129722

2