**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DIGITAL ALLY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TASER INTERNATIONAL, INC., )<br>)<br>Defendant. )<br>) | Case No. 2:16-cv-02032 |

**DECLARATION OF THOMAS PATTON IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT, NO WILLFUL INFRINGEMENT, AND NO ENTITLEMENT TO CONVOYED SALES**

I, Thomas Patton, hereby declare as follows:

1. I am an attorney with the law firm of Shook, Hardy & Bacon, L.L.P., located at 2555 Grand Blvd., Kansas City, Missouri 64108, and am counsel for Defendant TASER International, Inc. ("TASER") in the above-captioned action. I am admitted to the bar of the State of Missouri. I am also admitted, pursuant to D. Kan. Rule 83.5.4(a) and (c), to practice in U.S. District Court for the District of Kansas, and have appeared in this action.

2. I make this declaration in support of TASER's Motion for Summary Judgment. Unless otherwise noted, all of the facts stated herein are based on my own personal knowledge, as well as facts reasonably available to me, and if called upon to testify I could and would do so competently thereto.

3. Attached hereto as **Exhibit A** is a true and accurate copy of U.S. Patent No. 9,253,452, the sole patent asserted in this case.

1

4. Attached hereto as **Exhibit B** is a true and accurate excerpted copy of the Expert Report of Dr. Scott Nettles, Ph.D., Regarding Defendant's Infringement of U.S. Patent No. 9,253,452, served on October 23, 2018. **(FILED UNDER SEAL)**

5. Attached hereto as **Exhibit C** is a true and accurate excerpted copy of the December 19, 2018 deposition of Dr. Scott Nettles. **(FILED UNDER SEAL)**

6. Attached hereto as **Exhibit D** is a true and accurate copy of Exhibit B of Digital Ally's Infringement Contentions for U.S. Patent No. 9,253,452. **(FILED UNDER SEAL)**

7. Attached hereto as **Exhibit E** is a true and accurate excerpted copy of the September 19, 2018 deposition transcript of Matthew Andrews. **(FILED UNDER SEAL)**

8. Attached hereto as **Exhibit F** is a true and accurate excerpted copy of the August 27, 2018 deposition transcript of Robert Haler. **(FILED UNDER SEAL)**

9. Attached hereto as **Exhibit G** is a true and accurate excerpted copy of the August 22, 2018 deposition transcript of Kenneth McCoy. **(FILED UNDER SEAL)**

10. Attached hereto as **Exhibit H** is a true and accurate excerpted copy of the August 23, 2018 deposition transcript of Darrin McCoy. **(FILED UNDER SEAL)**

11. Attached hereto as **Exhibit I** is a true and accurate .pdf copy of bates numbered document TI_00041365, titled "EVIDENCE.com Strategic Overview."

12. Attached hereto as **Exhibit J** is a true and accurate copy of Taser's First Supplemental Response to Digital Ally's Third Set of Interrogatories, served on October 8, 2018. **(FILED UNDER SEAL)**

13. Attached hereto as **Exhibit K** is a true and accurate .pdf copy of bates numbered document TI_000592550, titled "Evidence.com – 2009 Innovation Awards Winner: Software."

14. Attached hereto as **Exhibit L** is a true and accurate copy of Taser's First Supplemental Response to Digital Ally's First Set of Interrogatories, served on October 8, 2018. **(FILED UNDER SEAL)**

15. Attached hereto as **Exhibit M** is a true and accurate copy of Digital Ally's Infringement Contentions, served on May 17, 2016. **(FILED UNDER SEAL)**

16. Attached hereto as **Exhibit N** is a true and accurate copy of Exhibit A, to Taser's Supplemental Response to Digital's Interrogatory No. 3, served on June 21, 2018. **(FILED UNDER SEAL)**

17. Attached hereto as **Exhibit O** is a true and accurate excerpted copy of the September 25, 2018 deposition transcript of Isaiah Fields. **(FILED UNDER SEAL)**.

18. Attached hereto as **Exhibit P** is a true and accurate excerpted copy of the September 12, 2018 deposition transcript of Stanton Ross. **(FILED UNDER SEAL)**

19. Attached hereto as **Exhibit Q** is a true and accurate copy of Digital's Objections and Response to Taser's Fourth Set of Interrogatories, served on May 29, 2018. **(FILED UNDER SEAL)**

20. Attached hereto as **Exhibit R** is a true and accurate copy of Taser's Fourth Set of Interrogatories to Digital Ally, Inc., served on April 20, 2018. **(FILED UNDER SEAL)**

21. Attached hereto as **Exhibit S** is a true and accurate copy of Taser's Preliminary Invalidity Contentions, served July 5, 2016. **(FILED UNDER SEAL)**

22. Attached hereto as **Exhibit T** is a true and accurate copy of Taser's Supplemental Invalidity Contentions, served March 30, 2018. **(FILED UNDER SEAL)**.

23. Attached hereto as **Exhibit U** is a true and accurate copy of Taser's First Supplemental Objections and Answers to Digital Ally's Second Set of Interrogatories, served on October 8, 2018. **(FILED UNDER SEAL)**

24. Attached hereto as **Exhibit V** is a true and accurate copy of Taser's Second Supplemental Response to Digital Ally's Fourth Set of Interrogatories, served on October 8, 2018. **(FILED UNDER SEAL)**

25. Attached hereto as **Exhibit W** is a true and accurate excerpted copy of the October 26, 2018 Invalidity Expert Report of Dan Schonfeld. **(FILED UNDER SEAL)**

26. Attached hereto as **Exhibit X** is a true and accurate excerpted copy of the November 21, 2018 Noninfringement Expert Report of Dan Schonfeld, regarding U.S. Patent No. 9,253,452. **(FILED UNDER SEAL)**

27. Attached hereto as **Exhibit Y** is a true and accurate copy of Taser's First Supplemental Response to Digital Ally's Sixth Set of Interrogatories, served on October 8, 2018. **(FILED UNDER SEAL)**

28. Attached hereto as **Exhibit Z** is a true and accurate excerpted copy of IPR2017-00515 Decision Paper 10, July 6, 2017.

29. Attached hereto as **Exhibit AA** is a true and accurate excerpted copy of IPR2017-00775 Decision Paper 12, August 3, 2017.

30. Attached hereto as **Exhibit AB** is a true and accurate copy of excerpts from the Expert Report of Ms. Julie Davis, served October 23, 2018. **(FILED UNDER SEAL)**

31. Attached hereto as **Exhibit AC** is a true and accurate copy of excerpts from the September 27, 2018 deposition of Joshua Isner. **(FILED UNDER SEAL)**

32. Attached hereto as **Exhibit AD** is a true and accurate copy of bates numbered document produced at TI_000592540, titled "Axon Plans & Pricing."

33. Attached hereto as **Exhibit AE** is a true and accurate excerpted copy of the December 25, 2018 deposition transcript of Julie Davis. **(FILED UNDER SEAL)**

34. Attached hereto as **Exhibit AF** is a true and accurate .pdf copy of excerpts from the document produced as natively at TI_000712516. **(FILED UNDER SEAL)**

35. Attached hereto as **Exhibit AG** is a true and accurate copy of excerpts from the Expert Report of Christine Hammer, served November 21, 2018. **(FILED UNDER SEAL)**

36. Attached hereto as **Exhibit AH** is a true and accurate .pdf copy of excerpts of bates numbered document produced natively at TI_000592739. **(FILED UNDER SEAL)**

37. Attached hereto as **Exhibit AI** is a true and accurate copy of Taser's First Supplemental Response to Digital Ally's Fifth Set of Interrogatories, served on October 8, 2018. **(FILED UNDER SEAL)**

38. Attached hereto as **Exhibit AJ** is a true and accurate .pdf copy of bates numbered document produced at TI_000592623, titled "Officer Safety Plan."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 31, 2019

/s/ *Thomas M. Patton*
Thomas M. Patton

5

9127785