IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DIGITAL ALLY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:16-cv-02032 |
| TASER INTERNATIONAL, INC., | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT TASER INTERNATIONAL, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES TO SUMMARY JUDGEMENT AND DAUBERT MOTIONS**

Pursuant to D. Kan. Rules 6.1(a) and 7.1(b), Defendant TASER International, Inc. ("TASER") moves for an extension of time up to and including **March 15, 2019** for the Parties to file replies in support of Digital Ally's Motion for Summary Judgment (Dkt. # 298), TASER's Motion to Exclude Expert Testimony of Dr. Scott Nettles (Dkt. # 301), TASER's Motion for Summary Judgment (Dkt. # 306), and TASER's Motion to Exclude Testimony of Julie Davis (Dkt. # 313).

In support of this motion, TASER states as follows:

1. Pursuant to D. Kan. Rule 6.1(d)(2), the current deadline for the Parties to file reply briefs in support of their motions is March 7, 2019.

2. Multiple members of TASER's litigation team have scheduling conflicts during the current reply period.

3. On February 26, 2019, counsel for Digital confirmed that it does not oppose this extension.

1

4. This request for an extension of time is not submitted for any improper purpose. No party will be prejudiced by the Court granting this motion, and resolution of this case will not be delayed as a result.

DATE: February 27th, 2019

**SHOOK, HARDY & BACON LLP**

*/s/ John D. Garretson*
B. Trent Webb (KS Bar # 15965)
bwebb@shb.com
John D. Garretson (D. Kan. # 78465)
jgarretson@shb.com
Lauren E. Douville (Admitted Pro Hac Vice)
ldouville@shb.com
Daniel Staren (Admitted Pro Hac Vice)
dstaren@shb.com
Thomas M. Patton (Admitted Pro Hac Vice)
tpatton@shb.com
Lydia Raw (Admitted Pro Hac Vice)
lraw@shb.com
2555 Grand Blvd.
Kansas City, MO 64108-2613
Phone: 816-474-6550Fax: 816-421-5547

Pamela B. Petersen (*Admitted Pro Hac Vice*)
Arizona Bar No. 011512
**Axon Enterprise, Inc.**
17800 N. 85th Street
Scottsdale, AZ 85255-9603
Telephone: (623) 326-6016
Facsimile: (480) 905-2027
ppetersen@axon.com
Secondary: legal@axon.com

***Counsel for Axon Enterprise, Inc.***
***(formerly TASER International, Inc.*)**

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all attorneys of record who are registered users and consented to electronic notice of service.

/s/ *John D. Garretson*
John D. Garretson

4847-0440-3849